108 P.3d 314

# SUPREME COURT OF HAWAI'I

**February 16, 2005**

| 26230 | State v. Hartmann | Affirmed |
|---|---|---|

**March 22, 2005**

| 25241 | State v. Lono | Reversed |
|---|---|---|

**April 1, 2005**

| 24895 | Alvarez v. Kyo Ya Co., Ltd. | Affirmed |
|---|---|---|

**April 4, 2005**

| 25883 | State v. Ilalio | Vacated and Remanded |
|---|---|---|
| 26168 | United Public Workers, AFSCME, Local 646, AFL-CIO v. Shimizu | Dismissed |